# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| ANZ ADVANCED TECHNOLOGIES, | ) | |
| LLC, d/b/a ANZ USA, LLC, ANZ | ) | |
| INTERNATIONAL | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No: 2:09-228 |
| | ) | |
| BUSH HOG, LLC; HENRY CROWN | ) | |
| & COMPANY, a corporation | ) | |
| | ) | |
|    Defendants. | ) | |

## PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that pursuant to Local Rule 5.5(d) for the United States District Court for the Southern District of Alabama, and gives notice that the following discovery has been served on the Defendants:

- ANZ International's Rule 45 Subpoena for Production of Documents to Gould & Ratner LLP;

- ANZ International's Rule 45 Subpoena for Production of Documents to Jenner & Block LLP.

s/ Scott M. Speagle
ROBERT W. BRADFORD, JR. (BRAD5700)
SCOTT M. SPEAGLE      (SPEAS 0705)
Attorneys for Plaintiffs

OF COUNSEL:

HILL, HILL, CARTER, FRANCO,
 COLE, & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama  36101-0116
Phone: 334-834-7600
Facsimile: 334-832-7419

/s/ M. Ali Zakaria
Attorney for Plaintiff

OF COUNSEL:

M. ALI ZAKARIA & ASSOC., P.C.
6161 Savoy Drive, Ste. 1000
Houston, Texas  77036
Telephone: 713-789-7500

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served on the following by directing same to her office address via United States first class mail, postage prepaid or by electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing on this the 23rd day of February 2010:

Forrest S. Latta, Esq.
BURR & FORMAN, LLP
Post Office Box 16046
Mobile, Alabama 36616

Craig C. Martin, Esq.
Gabriel A. Fuentes, Esq.
Jason J. Green, Esq.
JENNER & BLOCK, LLP
330 North Wabash Avenue
Chicago, Illinois 60610

s/ Scott M. Speagle
OF COUNSEL