# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ANZ ADVANCED TECHNOLOGIES, LLC d/b/a ANZ USA, LLC, ANZ INTERNATIONAL MANUFACTURING PRIVATE LIMITED,** )))))))) | |
| Plaintiffs/Counter-defendants, )) | **CIVIL ACTION 09-228-KD-N** |
| **v.** )) | |
| **BUSH HOG, LLC, HENRY CROWN AND COMPANY,** )))) | |
| Defendants/Counterclaimant. )) | |

## DEFENDANTS' MOTION FOR ISSUANCE OF RULE TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED

Defendants Bush Hog, LLC and Henry Crown and Company (collectively, "Defendants" or "Bush Hog") hereby file this Motion for Issuance of a Rule to Show Cause Why this Case Should Not be Dismissed.  In support of this Motion, Defendants incorporate Defendants' Response To ANZ's Motion For Issuance Of Guidance Regarding Order Dated May 4, 2010 And Memorandum In Support Of Their Motion For Rule To Show Cause Why This Case Should Not Be Dismissed ("Memorandum in Support"), and also state as follows:

1. Following briefing on Defendants' Motion to Compel a Forensic Image and Other Relief (the "ESI Motion"), this Court found that "ANZ's initial production of documents raised questions about the authenticity of an email" and ordered ANZ to make the certain responsive media available to Defendants' expert no later than June 2, 2010.  (Doc. 113, ESI Order at 19, 22.)

2. Soon after this Court issued the ESI Order, ANZ made its first ESI production to Defendants.  That production revealed substantial additional document falsification on the part of ANZ.

3. ***Falsification of August 27, 2008 Refusal Letter***.  In its Complaint, ANZ attaches and quotes extensively from a purported August 27, 2008 letter from its Managing Director, Rakesh Vashee, to Bush Hog's then-president Dennis Webster.  ("Refusal Letter") (ANZ 3d Am. Compl. ¶¶ 39-41, Doc. 1-10.)  The Refusal Letter is important because it purports to describe Defendants' alleged

1

fraudulent and contract-modifying conduct leading up to termination of the UTV Supply Agreement.  As described in the attached Memorandum in Support, that letter appears to have been fabricated by ANZ on the eve of litigation.

4. ***Falsification of July 28-29, 2008 Meeting Minutes.***  The purported Refusal Letter, discussed in Paragraph 3 above, references a July 28-29, 2008 meeting of the parties, and asserts that an independent agreement regarding certain UTV models was reached at that meeting.  (*Id.*)  According to ANZ, and as provided in the Refusal Letter, "minutes of the meeting of July 29, 2008 [were] circulated to all including Matt [Mikesell] and [Dennis Webster] [and] evidence[] our agreement."  (*Id.*)  As described in the attached Memorandum in Support, the purported meeting minutes, which ANZ forwarded to Defendants in April 2009, also appear to have been fabricated shortly prior to ANZ's filing of the Complaint.

5. ***Falsification of July 30, 2008 Email***.  Defendants first received the fabricated July 28-29, 2008 meeting minutes in an April 3, 2009 email from Irfan Sheriff.  The April 3, 2009 email attached an email from Sheriff to several ANZ representatives and purported to forward an email dated July 30, 2008 attaching the fabricated meeting minutes.  As described in the attached Memorandum in Support, the purported July 30, 2008 email could not possibly have attached the fabricated meeting minutes, which were not created until March 2009.

6. ***Suspected Falsification of Canara Bank Letters***. As described in the attached Memorandum in Support, ANZ's recent production contains additional evidence indicating that the September 5, 2007 Canara Bank letter, which lies at the core of ANZ's breach of contract claims, is fraudulent.

7. ***Misrepresentations in Discovery and ESI Pleadings.*** Also as described in the attached Memorandum in Support, ANZ has made misrepresentations, often under oath, during the course of discovery and in response to Defendants' ESI Motion. At least one of those apparent misrepresentations was made to this Court as a purported justification for not fully complying with ANZ's obligations to preserve and produce ESI.

8. ***Misrepresentation to Evade Court's ESI Order.*** ANZ has resisted compliance with this Court's ESI Order by asserting that a Public Prosecutor in India has prohibited ANZ from producing the required material. (ANZ Mot., Doc. 119.) As described in the attached Memorandum in Support, the Public Prosecutor is without authority to prevent ANZ from complying with the ESI Order, and ANZ thus appears to have attempted to manufacture an excuse to avoid compliance with the order.

WHEREFORE, for all of the foregoing reasons, as well as reasons contained in the attached Memorandum in Support, Bush Hog respectfully requests that the Court (1) issue a rule to show cause why this case should not be dismissed; (2) set a schedule for limited documentary and deposition discovery relating to ANZ's litigation misconduct; and (3) schedule an evidentiary hearing in connection with the rule to show cause.

Dated:  June 16, 2010

By:  */s/ Craig C. Martin*

JENNER & BLOCK LLP
Craig C. Martin
Gabriel A. Fuentes
Jason J. Green
353 North Clark
Chicago, Illinois  60654
Telephone:  312-222-9350
Facsimile:   312-574-0484

BURR & FORMAN LLP
Forrest S. Latta
Marty Burke
Ellen T. Mathews
RSA Tower
11 North Water Street
Suite 22200
Mobile, Alabama  36602
Telephone:  251-345-8200
Facsimile:   251-344-9696

Counsel for Bush Hog, LLC and
Henry Crown and Company

4

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing ***Defendants' Motion For Rule To Show Cause Why This Case Should Not Be Dismissed*** electronically using the CM / ECF system of the United States District Court for the Southern District of Alabama, Northern Division, upon the following counsel of record:

Robert W. Bradford, Jr.
Royal C. Dumas
HILL, HILL, CARTER, FRANCO, COLE, & BLACK, P.C.
Post office Box 116
Montgomery, Alabama  36101-0116
rwbradford@hillhillcarter.com
rdumas@hillhillcarter.com

M. Ali Zakaria
M. ALI ZAKARIA & ASSOC., P.C.
6161 Savoy Drive, Suite 1000
Houston, Texas  77036
alizakaria@aol.com

DONE this the 16th day of June, 2010.

By: */s/ Craig C. Martin*