IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANZ ADVANCED TECHNOLOGIES, LLC ) | |
| d/b/a ANZ USA, LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 09-00228-KD-N |
| ) | |
| BUSH HOG, LLC, et al., ) | |
| ) | |
| Defendant. ) | |

ORDER

A Report and Recommendation has now been entered (doc. 223) by the undersigned Magistrate Judge concerning the amount of sanctions to be imposed against the plaintiffs, ANZ International Manufacturing Private Limited ("ANZ International"), ANZ Advanced Technologies, LLC d/b/a ANZ USA ("ANZ USA") (collectively, "ANZ"), and plaintiffs' principals, Irfan Sheriff and Rakesh Vashee, jointly and severally, pursuant to the Order entered on March 5, 2012 (doc. 220) adopting the Report and Recommendation entered on February 7, 2012 (doc. 217).  Noted in that Report and Recommendation is the fact that the Court has not yet permitted ANZ's counsel, Scott M. Speagle  and Mr. M. Ali Zakaria, to withdraw (docs. 213 and 215)  and that neither Speagle nor Zakaria has provided this Court with the Indian address of ANZ.[1]
Consequently, it is now **ORDERED** that Mr. Speagle and Mr. Zakaria, jointly or

---

[1] The only address provided by counsel when required (doc. 218) to advise this Court of their effort to serve ANZ with a copy of the Report and Recommendation entered on February 7, 2012 (doc. 217) was the address used to FedEx the document to "Anil Kanabar, ANZ Advanced Technologies, LLC, d/b/a ANZ USA, LLC, 8019 West Grand Parkway South, Suite 1060, P.O. Box 103, Richmond Texas 77407" (doc. 221-1 at 2 and doc. 221-2 at 2).

severally, are hereby directed to serve a copy of this Order and the Report and Recommendation entered this day (doc. 223) on their clients, ANZ and its principals, Irfan Sheriff and Rakesh Vashee, and advise this Court in writing of the precise method they utilized to effectuate that service.  Upon receipt of the proof by Mr. Speagle and Mr. Zakaria, jointly or severally filed, that service of this Order and the Report and Recommendation on their clients has been perfected, the Court will grant counsel's motion to withdraw.

     **DONE** this   29th   day of June, 2012.


                                             /s/ Katherine P. Nelson
                                           **KATHERINE P. NELSON**
                                           **UNITED STATES MAGISTRATE JUDGE**