IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ANZ ADVANCED TECHNOLOGIES,** ) <br> **LLCd/b/a ANZ USA, LLC, et al.,** ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **BUSH HOG, LLC, et al.,** ) <br> ) <br>     **Defendants.** ) | **CIVIL ACTION NO. 2:09-00228-KD-N** |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) and dated June 29, 2012, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the motions to withdraw as counsel filed by Scott Speagle (doc. 213) and M. Ali Zakaria (doc. 215) are GRANTED; and

it is further **ORDERED** that **JUDGMENT** shall be entered in favor of defendants, Bush Hog, LLC and Henry Crown & Company, and against the plaintiffs, ANZ International Manufacturing Private Limited and ANZ Advanced Technologies, LLC d/b/a ANZ USA, and plaintiffs' principals, Irfan Sheriff and Rakesh Vashee, jointly and severally, in the amount of $335,241.50, representing attorneys' fees in the amount of $233,903.75 plus reimbursement for the fees and expenses paid to Bush Hog, LLC's expert, Professor Marc Galanter, in the amount of $101,337.75.

**DONE** this 27th day of July, 2012.

                                           **s/ Kristi K. DuBose**
                                           **KRISTI K. DuBOSE**
                                           **UNITED STATES DISTRICT JUDGE**