IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANZ ADVANCED TECHNOLOGIES, LLC d/b/a ANZ USA, LLC, et al., ) ) ) **Plaintiffs,** ) ) v. ) ) BUSH HOG, LLC, et al., ) ) **Defendants.** ) | CIVIL ACTION NO. 2:09-00228-KD-N |

**FINAL JUDGMENT**

In accordance with the Order entered March 3, 2011 (doc. 178) adopting the Report and Recommendation dated January 26, 2011 (doc. 176); in accordance with the Order entered March 5, 2012 (doc. 220) adopting the Report and Recommendation dated February 7, 2012, (doc. 217); and in accordance with the Order entered herewith adopting the Report and Recommendation dated June 29, 2012 (Doc. 223), it is **ORDERED**, **ADJUDGED** and **DECREED** as follows:

that all claims asserted by the plaintiffs are **dismissed with prejudice** pursuant to Fed. R. Civ. P. 37(b)(2)(A);

that defendants' counterclaim is **dismissed without prejudice**; and

that **JUDGMENT** be and is hereby entered in favor of defendants, Bush Hog, LLC and Henry Crown & Company, and against the plaintiffs, ANZ International Manufacturing Private Limited and ANZ Advanced Technologies, LLC d/b/a ANZ USA, and plaintiffs' principals, Irfan Sheriff and Rakesh Vashee, jointly and severally, in the amount of $335,241.50, representing attorneys' fees in the amount of $233,903.75 plus reimbursement for the fees and expenses paid to Bush Hog's expert, Professor Marc Galanter, in the amount of $101,337.75.

**DONE** this 27th day of July, 2012.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE