## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| ANZ ADVANCED TECHNOLOGIES, LLCd/b/a ANZ USA, LLC, et al., | ) ) ) |
| **Plaintiffs,** | ) ) |
| **v.** | ) **CIVIL ACTION NO. 2:09-00228-KD-N** ) |
| BUSH HOG, LLC, et al., | ) ) |
| **Defendants.** | ) |

### FINAL JUDGMENT

In accordance with the Order entered March 3, 2011 (doc. 178) adopting the Report and Recommendation  dated January 26, 2011 (doc. 176); in accordance with the Order entered March 5, 2012 (doc. 220) adopting the Report and Recommendation dated February 7, 2012, (doc. 217); and  in accordance with the Order entered herewith adopting the Report and Recommendation dated June 29, 2012 (Doc. 223),  it is **ORDERED**, **ADJUDGED** and **DECREED** as follows:

that all claims asserted by the plaintiffs are **dismissed with prejudice** pursuant to Fed. R. Civ. P. 37(b)(2)(A);

that defendants' counterclaim is **dismissed without prejudice**; and

that **JUDGMENT** be and is hereby entered in favor of defendants, Bush Hog, LLC and Henry Crown & Company, and against the plaintiffs, ANZ International Manufacturing Private Limited  and ANZ Advanced Technologies, LLC d/b/a ANZ USA, and  plaintiffs' principals, Irfan Sheriff and Rakesh Vashee, jointly and severally, in the amount of $335,241.50, representing  attorneys' fees in the amount of $233,903.75 plus reimbursement for the fees and expenses paid to Bush Hog's expert, Professor Marc Galanter, in the amount of $101,337.75.

**DONE** this 27th day of  July, 2012.

**s/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**